# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
Bankruptcy Judge
**Ramie N. O'Neill**
Law Clerk

(206)370-5312

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

July 20, 2010

Mr. Oleg Kurchev
506 E. Howell St. #504
Seattle, WA 98122

    Re: <u>In re Vladimir Samarski</u>, No. 10-13789-MLB

Dear Mr. Kurchev:

    The Court received your letter dated July 12, 2010. Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex-parte contact with a party concerning matters that may come before it. Your letter has been placed on the docket for this case. *See Docket #32.*

    Although your letter requests additional time to prepare and review a potential adversarial complaint against the debtor, please be advised that your letter *does not constitute* a proper motion. To bring a motion before the Court, you must proceed in accordance with the applicable federal and local rules of bankruptcy procedure. Among other requirements, any motions must be filed with the Court, noted on the Judge's calendar, and served on all interested parties. Further information and available calendar dates are available on the Court's website, www.wawb.uscourts.gov.

    According to the Notice of Bankruptcy that you received, the deadline for filing complaints objecting to discharge of the debtor or to determine the dischargeability of certain debts was July 12, 2010. *See Docket. #9.* However, if you properly re-file your motion requesting an extension of time by August 6, 2010, the Court will consider it timely because your original letter was filed by the deadline.

    If you wish to pursue an action, you should be aware that the Court cannot render legal advice or instructions on how to proceed. Any questions you have should be directed to an attorney. I strongly urge you to contact an attorney for assistance in

pursuing this matter.

Sincerely,

Ramie N. O'Neill